UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STEVEN RAY MENDEZ,<br><br>　　　　　Defendant. | Case No. 1:18-cr-165-BLW-4<br><br>**REPORT AND RECOMMENDATION** |

　　　　On October 17, 2018, Defendant Steven Ray Mendez appeared before the undersigned United States Magistrate Judge to enter a change of plea pursuant to a written plea agreement.  (Dkt. 53).  The Defendant executed a waiver of the right to have the presiding United States District Judge take his change of plea. Thereafter, the Court explained to the Defendant the nature of the charges contained in the Indictment (Dkt. 1), the maximum penalties applicable, his Constitutional rights, the impact that the Sentencing Guidelines will have, and that the District Judge will not be bound by the agreement of the parties as to the penalty to be imposed.

　　　　The Court, having conducted the change of plea hearing and having inquired of the Defendant, counsel, and the government, finds there is a factual basis for the Defendant's guilty plea, that he entered it voluntarily and with full knowledge of the consequences, and that the plea should be accepted. The undersigned also ordered a pre-

REPORT AND RECOMMENDATION - 1

sentence investigation to be conducted and a report prepared by the United States Probation Office.

The offense to which Defendant entered his guilty plea is an offense in a case described in subparagraph (C) of subsection (f)(1) of Section 3142 in Title 18 of the United States Code, subjecting Defendant to detention upon a finding of guilt under Section 3143(a)(2) unless, under Section 3145(c), exceptional reasons are clearly shown as to why Defendant's detention pending imposition of sentencing would not be appropriate. During the arraignment hearing on May 10, 2018, the Government withdrew its motion for detention and the Defendant was released on conditions set by the undersigned Magistrate Judge. (Dkt. 21.) According to the Pretrial Status Report filed October 16, 2018, Defendant was complaint with all conditions of release. (Dkt. 63.)

Upon inquiry by the Court at the conclusion of the change of plea hearing, Defendant indicated he did not intend to make a showing under Section 3145(c), and he was prepared to be taken into custody to start serving time toward his sentence. Thus, pursuant to Section 3143(a)(2), the Court will recommend Defendant be detained pending imposition of sentence. However, the Court notes that Defendant was allowed to self-report for detention after conclusion of the change of plea hearing, without objection from the Government.

**REPORT AND RECOMMENDATION - 2**

## RECOMMENDATION

**NOW THEREFORE IT IS HEREBY RECOMMENDED:**

1)     The District Court accept Defendant Steven Ray Mendez's plea of guilty to Count 1 of the Indictment (Dkt. 1),

2)     The District Court order forfeiture consistent with Defendant Steven Ray Mendez's admission to the Criminal Forfeiture allegation in the Indictment (Dkt. 1) and the Plea Agreement (Dkt. 53); and

3)     The District Court continue Defendant's detention pending sentencing. Defendant voluntarily self-surrendered to the U.S. Marshal's Office on today's date.

Written objections to this Report and Recommendation must be filed within fourteen (14) days pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(b), or as a result of failing to do so, that party may waive the right to raise factual and/or legal objections to the United States Court of Appeals for the Ninth Circuit.

DATED: October 17, 2018

_____
Honorable Candy W. Dale
United States Magistrate Judge